# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM RALPH GARCIA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 80183

FILED

SEP 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to correct a clerical error. Ninth Judicial District Court, Douglas County; Nathan Tod Young, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to correct a clerical error, we lack jurisdiction over this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Nathan Tod Young, District Judge
Adam Ralph Garcia
Attorney General/Carson City
Douglas County District Attorney/Minden
Douglas County Clerk

20-34489